UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-5334 MWF (MANx)**                                    Dated: **April 7, 2014**

Title:      California Communities Against Toxics -*v*- County of Sanitation District of Los Angeles County, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                                None Present
Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed April 4, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for June 2, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                             Initials of Deputy Clerk   rs
CIVIL - GEN